UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARLOS A. MCGREW (#413135)

VERSUS                                              CIVIL ACTION

JAMES TILLMAN, ET AL                                NUMBER 09-1022-RET-SCR

RULING ON MOTION TO STAY/REQUEST FOR EXTENSION OF TIME

Before the court is the plaintiff's Motion to Stay/Request for Extension of Time.  Record document number 51.

On January 10, 2011, the defendants' Motion to Revoke Order on Motion to Proceed In Forma Pauperis was granted and the plaintiff's in forma pauperis status was revoked because the plaintiff has accumulated three strikes pursuant to 28 U.S.C. § 1915(g).[1]

Plaintiff is now before the court seeking a six-month extension of time to pay the filing fee in this action and four other civil actions pending before this court in which his in forma pauperis status was revoked.  In addition, the plaintiff sought an order directing the Clerk of Court to establish a single account for all five suits and to accept partial payments over the next six months from sources outside the prison and other inmates until the filing fees have been paid.

The in forma pauperis statute does not authorize the court to grant the relief requested by the plaintiff.

---

[1] Record document number 48.

Accordingly, the plaintiff's Motion to Stay/Request for Extension of Time is denied.

Baton Rouge, Louisiana, January 24, 2011.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE